# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# BATESVILLE DIVISION

CHARLES BRADLEY
ADC #116594                                                                         PLAINTIFF

V.                              NO: 1:06CV00031 JMM

CHAD McGOWAN *et al.*                                                              DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this judgment would not be taken in good faith.

DATED this __15__ day of November, 2006.


_____
UNITED STATES DISTRICT JUDGE